IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM T. MAYFIELD**                                                                                       **PLAINTIFF**
**#659228**

V.                              NO. 4:23-cv-01214-LPR-ERE

**WADE GILLIAM,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

Defendants Captain Wade Gilliam, Deputy Blaine, and Deputy Alvarez have filed a motion to file their answer to *pro se* plaintiff William T. Mayfield's complaint out of time. *Doc. 31*. In their motion, counsel for Defendants Gilliam, Blaine, and Alvarez explains that he was unaware until February 28, 2024 that Defendants had been served in this case. For good cause shown, the Court will extend the time for Defendants Gilliam, Blaine, and Alvarez to file their answer based upon their showing of excusable neglect.

In addition, counsel for these Defendants has provided a last-known address for Defendant King to the Court under seal. *Doc. 33*.

IT IS THEREFORE ORDERED THAT:

1.   Defendants' motion to file their answer out of time (*Doc. 31*) is GRANTED.

2.   The Clerk is directed to file Defendants' answer, which is attached as an exhibit to their motion for leave (*Doc. 31-1*).

3. The Clerk is instructed to update the docket sheet to reflect Defendant Gilliam's full name – Wade Gilliam.

4. The Clerk of Court is directed to prepare a new summons for Defendant King.

5. The United States Marshal is directed to serve the reissued summons, the complaint, (*Doc. 2*), and this Order on Defendant King at his or her last-known address, provided under seal, without prepayment of fees or costs. Importantly, this Defendant's private mailing address must be *redacted* from the return of service and from any other public portion of the record.

So Ordered 1 March 2024.

_____
UNITED STATES MAGISTRATE JUDGE