**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WILLIAM T. MAYFIELD**                                          **PLAINTIFF**
**#659228**

**V.**                              **NO. 4:23-cv-01214-ERE**

**WADE GILLIAM,** *et al.*                                       **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with today's order, judgment is entered for Defendants.

Dated 2 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE